## MARTIN v. STATE.
### No. 18077.

Court of Criminal Appeals of Texas.
March 11, 1936.

C. Y. Welch, of Quanah, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for 99 years.

The indictment appears regular and properly presented. The evidence heard in the trial court is not brought up for review. The record discloses no matter upon which a reversal could be based.

The judgment is affirmed.

## SHELTON v. STATE.
### No. 18011.

Court of Criminal Appeals of Texas.
March 11, 1936.

Jesse Owens, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful transportation of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.